In the Matter of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the CONSOLIDATED ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND.

JOSEPH P. GRABFIELD, Appellant.

(Submitted March 23, 1931; decided April 14, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 255 N. Y. 569.)

SAMUEL WAXMAN, Respondent, v. JACOB WILLIAMSON, Appellant.

(Submitted April 6, 1931; decided April 14, 1931.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 117.)